

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HOWARD LAWRENCE TURNER,<br><br>     Plaintiff,<br><br>     v.<br><br>DEPUTY ARMANDO VALENCIA,<br><br>     Defendant. | Case No. CV 10-8381-RGK (MLGx)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: March 2, 2012

_____
R. Gary Klausner
United States District Judge