JS-6




# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HOWARD LAWRENCE TURNER, | Case No. CV 10-8381-RGK (MLGx) |
| Plaintiff, | JUDGMENT |
| v. | |
| DEPUTY ARMANDO VALENCIA, | |
| Defendant. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: March 2, 2012

R. Gary Klausner
United States District Judge